■ ONE BEEKMAN PLACE, INC., et al., Appellants, v CITY OF NEW YORK, Respondent, and RIVERFRONT FIFTIES ASSOCIATION, INC., Intervenor-Respondent. [618 NYS2d 1019] —Order and judgment (one paper) and order, Supreme Court, New York County (Walter Tolub, J.), entered on or about August 24, 1993 and November 29, 1993, respectively, unanimously affirmed for the reasons stated by Tolub, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Kupferman, Asch and Tom, JJ.

■ GSL ENTERPRISES, INC., Appellant, v 31 WEST 34TH STREET ASSOCIATES et al., Respondents. [618 NYS2d 1019] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered March 14, 1994, unanimously affirmed for the reasons stated by Shainswit, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Kupferman, Asch and Tom, JJ.